# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-278 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MICHAEL GOMEZ-AMARO (ID#) 2733410 |
| vs. | |
| MICHAEL GOMEZ-AMARO, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **MICHAEL GOMEZ-AMARO** before the United States District Court at Las Vegas, Nevada, on or about I/A & A/P Thurs 8/31/17 3:00 PM VCF 3D, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 23, 2017

_____
UNITED STATES MAGISTRATE JUDGE

1  STEVEN W. MYHRE
   Acting United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   501 Las Vegas Boulevard South
4  Suite 1100
   Las Vegas, Nevada 89101
5  702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr- 278 |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MICHAEL GOMEZ-AMARO |
| vs. | (ID#) 2733410 |
| MICHAEL GOMEZ-AMARO, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **MICHAEL GOMEZ-AMARO** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **MICHAEL GOMEZ-AMARO** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **MICHAEL GOMEZ-AMARO** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____ I/A & A/P Thurs 8/31/17 3:00 PM VCF 3D _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **MICHAEL GOMEZ-AMARO** before the United States District Court on or about _____ I/A & A/P Thurs 8/31/17 3:00 PM VCF 3D _____, at the hour of 3:00 p.m.,

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **MICHAEL GOMEZ-AMARO** before the United States District Court on or about _____ I/A & A/P Thurs 8/31/17 3:00 PM VCF 3D _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 23rd day of August, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

/s/ Phillip N. Smith, Jr.
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2