RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Michael Gomez-Amaro

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL GOMEZ-AMARO,<br><br>        Defendant. | Case No. 2:17-cr-278-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Michael Gomez-Amaro, that the Sentencing Hearing currently scheduled on July 30, 2018 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to review the presentence investigation report with Mr. Gomez. Additional time will also be necessary to file formal objections and conduct sentencing mitigation.

2. Defense counsel will be on medical leave for a few weeks commencing July 6, 2018.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 2nd day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL GOMEZ-AMARO,<br><br>    Defendant. | Case No. 2:17-cr-278-JAD-CWH<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, July 30, 2018 at 9:00 a.m., be vacated and continued to September 4, 2018, at the hour of 11:00 a.m.

    DATED this 6th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE