RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Michael Gomez-Amaro

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GOMEZ-AMARO,<br><br>Defendant. | Case No. 2:17-cr-278-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Michael Gomez-Amaro, that the Sentencing Hearing currently scheduled on September 4, 2018 at 11:00 a.m., be vacated and continued to September 6, 2018 at 9:00 am.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a conflict on the currently scheduled sentencing date. Accordingly, she requests that the hearing be rescheduled to the Court's next available date.

2. The defendant is in custody and does not oppose a continuance.

3. In the event the Government's pending motion to continue is denied, the parties agree to this continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 30th day of August, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-278-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL GOMEZ-AMARO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, September 4, 2018 at 11:00 a.m., be vacated and continued to Thursday, September 6, 2018 at the hour of 9:00 a.m.

The Court does not find good cause to continue the sentencing to await a ruling in United States v. Davion Fitzgerald, 2:17-cr-00295-JCM-NJK-1 and thus DENIES [33] Government's Motion for a 60-day continuance.

DATED: 8/30/2018.

_____
UNITED STATES DISTRICT JUDGE